No. 204. CITY OF VERNON ET AL. *v.* CALIFORNIA; and
No. 205. CULVER CITY ET AL. *v.* CALIFORNIA. District Court of Appeal, 2d Appellate District, of California.

Certiorari denied. *John B. Milliken* for petitioners in No. 204. *M. Tellefson* and *Stuart M. Salisbury* for petitioners in No. 205. *Fred N. Howser*, Attorney General of California, and *Walter L. Bowers*, Assistant Attorney General, for respondent. Reported below: 83 Cal. App. 2d 627, 189 P. 2d 489.